■ S. H. KRESS AND COMPANY, Respondent, v. JACOB A. FINE, Respondent, and LPN 1ST AVE. CORP., Appellant, et al., Defendant.— Order and judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ MICHAEL R. SCHLANGER, Respondent, v. TAMARA COWAN et al., Appellants.— Order entered on October 10, 1960, denying defendants' application to settle their proposed abridged record on appeal, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of HORACE W. GOLDSMITH et al., Appellants, v. MADISON SQUARE GARDEN CORPORATION, Respondent.— Order entered on June 22, 1960, denying petitioners' motion for an order, pursuant to section 21 of the Stock Corporation Law, to determine the value of shares of respondent corporation owned by them, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between WELLINGTON SEARS COMPANY INCORPORATED, Respondent, and NOVA FABRICS CORPORATION, Appellant.— Order entered on July 22, 1960, granting petitioner-respondent's motion to stay, pending arbitration, an action brought by respondent-appellant against petitioner-respondent in the Municipal Court of the City of New York, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ AUGUST R. DE SANTOS, Respondent, v. CLARK BROS. PAN AMERICAN, INC., et al., Appellants, et al., Defendants.— Order entered on September 6, 1960, denying defendants-appellants' motion to dismiss the complaint pursuant to section 180 of the Civil Practice Act, unanimously reversed, on the law, with $20 costs and disbursements to appellants, and the motion granted, with $10 costs unless service is effected on defendant Bozo within 60 days from the entry of the order herein. The complaint alleges that plaintiff's coventurer is an indispensable party and therefore plaintiff is precluded from urging otherwise at this time. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ FLORIO ISABELLA, Respondent, v. LAIR SERVICE CORP., Appellant, et al., Defendants.— Order, entered on March 7, 1960, denying the motion of defendant-appellant to dismiss the complaint in a personal injury action for failure to prosecute, unanimously reversed, on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements to appellant, and the motion granted, with $10 costs. Plaintiff-respondent has not demonstrated that his delay in filing a note of issue is reasonable or that he has a meritorious case. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Accounting of LILLIAN GREENBERG, now Known as LILLIAN HOROWITZ, as Administratrix of the Estate of IRVING GREENBERG, Deceased, Appellant. MARILYN KATZ, Appellant; JEROME GREENBERG, Respondent.— Order, entered on December 15, 1960, insofar as it strikes appellants' demand for a trial by jury, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.